# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ITS FINANCIAL LLC, | : | |
| Plaintiff, | : | |
| | | Case No. 3:13cv00041 |
| vs. | : | |
| | | Chief Magistrate Judge Sharon L. Ovington |
| EZMO FINANCIAL LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Under the present circumstances in this case, a Status Report is needed to address whether the parties have settled their differences or whether a Preliminary Pretrial Conference must be scheduled. Accordingly, the parties are hereby ORDERED to file, **on or before July 3, 2013**, a Status Report addressing these matters.

June 24, 2013

                                                s/Sharon L. Ovington
                                                Sharon L. Ovington
                                  Chief United States Magistrate Judge